**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RANDALL McARTY
ADC #101565                                                                                          PLAINTIFF

V.                                    NO: 4:07CV00527 WRW

MIKE BEEBE                                                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.    Defendant's motion to dismiss (docket entry #10) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.    All pending motions are DENIED AS MOOT.

3.    The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of August, 2007.


                                                                /s/ Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE